AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☐ Original  ☑ Duplicate Original
FILED
DISTRICT COURT OF GUAM
MAR 02 2021
JEANNE G. QUINATA
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
District of Guam

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
One (1) U.S. Priority Mail Package Bearing the Printed Address of Vincent Campos, P.O. Box 8455, Agat, GU 96928
(Further described in Attachment A)

Case No. MJ- 21-00025

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of Guam
*(identify the person or describe the property to be searched and give its location)*:

One (1) U.S. Priority Mail Package Bearing the Printed Address of Vincent Campos, P.O. Box 8455, Agat, GU 96928. Further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substance held in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) & 846. Items of personal property tending to identify the person(s) ownership and control of the package which is subject to this warrant. Proceeds from the sale of controlled substances.

**YOU ARE COMMANDED** to execute this warrant on or before     March 2, 2021     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Michael J. Bordallo    .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for  30  days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  2/10/21  2:28PM                         /s/ M. J. Bordallo
                                                               Judge's signature

City and state:  Hagatna, Guam                                 MICHAEL J. BORDALLO, U.S. Magistrate Judge
                                                               *Printed name and title*

ORIGINAL

## Return

| Case No.: MJ-21-00025 | Date and time warrant executed: 16FEB2021 1448HRS | Copy of warrant and inventory left with: USPIS |
|---|---|---|

Inventory made in the presence of:
USPI J. Calvo

Inventory of the property taken and name(s) of any person(s) seized:

USPS Parcel: 9505 5154 6093 1040 5199 79
Contents: Hot Wheels cars
Bubble wrap
Brown paper
Vaccum seal Bags
Carbon paper

Approximately: 447 GG of Methamphetamines

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/16/21

*Executing officer's signature*

Benjamin Whibitt Postal Inspector
*Printed name and title*

3/2/21

ATTACHMENT A

One (1) U.S. Priority Mail package is further described as a package bearing tracking number 9505 5154 6093 1040 6199 79, with $15.50 in U.S. Postage, and addressed as follow:

FROM:  
AARON FLORES  
4701 NW WALGREN DR  
SILVERDALE, WA 98383

TO:  
VINCENT CAMPOS  
P.O. BOX 8455  
AGAT, GU 96928

The CAMPOS package weighs approximately 4 pounds 15 ounces and measures approximately 1" X 8" X 5."



1

